466 A.2d 728

Commonwealth v. Menyweather, Appellant.

Submitted May 18, 1983. Harry Siegel, for appel-

lant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and BECK, JJ.

Order affirmed.

BECK, J., concurred in the result.